```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

The Mortgage
Specialists, Inc., et al

    v.                              Case No. 13-cv-156-PB

New Hampshire Banking
Department Commissioner


### O R D E R

I recuse myself from presiding over this case and direct that it be assigned to another judge.

SO ORDERED.

                                       /s/Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge

April 5, 2013

cc:  Counsel of Record