**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>The Mortgage
Specialists, Inc., et al</u>

    **v.**                        Case No. 13-cv-156-PB

<u>New Hampshire Banking
Department Commissioner</u>


<u>**O R D E R**</u>


I recuse myself from presiding over this case and direct that
it be assigned to another judge.

SO ORDERED.




                               <u>/s/Paul Barbadoro</u>
                               Paul Barbadoro
                               United States District Judge

April 5, 2013

cc:  Counsel of Record