UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

The Mortgage Specialists, Inc., et al.

v.    Case No. 13-cv-156-SM

NH Banking Department, Commissioner

ORDER

The court understood, perhaps erroneously, that the motion for temporary restraining order had been orally waived in favor of proceeding on the motion for preliminary injunction, and, given that the pending motion to dismiss may well prove dispositive, a preliminary injunction hearing, it would seem, could await a ruling on that motion to dismiss. Plaintiffs have now filed a supplemental motion for a temporary restraining order and preliminary injunctive relief, that obviously revives the earlier motions. The clerk will schedule a hearing on the motion for temporary restraining order, and the motion to dismiss, for this Friday, June 28, 2013, at 10:00 a.m.

Date:  June 25, 2013

Steven J. McAuliffe
United States District Judge

cc:  Michael S. Parousis, Esq.
     Nancy J. Smith, Esq.
     Richard M. Fogal, Esq.