UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>The Mortgage Specialists, Inc. and</u>
<u>Michael J. Gill</u>

       v.     Case No. 13-cv-156-SM

<u>NH Banking Department, Commissioner</u>

<u>O R D E R</u>

On June 28, 2013, the Court heard oral argument on plaintiffs' Emergency Supplemental Motion for Temporary Restraining Order and Preliminary Injunctive Relief, as well as defendant's Motion to Dismiss.  Oral orders were entered denying plaintiffs' Emergency Supplemental Motion for Temporary Restraining Order and Preliminary Injunctive Relief (document no. 35) and granting the defendant's Motion to Dismiss (document no. 21).  Plaintiff was given the opportunity to file an amended complaint within 30 days.  No amended complaint has been filed with the court.

The Clerk of Court shall enter judgment in accordance with the oral order granting the defendant's Motion to Dismiss entered on June 28, 2013, and close the case.

SO ORDERED.

              _____
              Steven J. McAuliffe
              United States District Judge

Date: August 9, 2013

cc: Michael S. Parousis, Esq.
   Nancy J. Smith, Esq.
   Richard Fogal, Esq.